## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

VALERIE V. SULLIVAN,                                                                PLAINTIFFS
ANITA K. WILLIAMS, and
PRECIOUS H. LEFLORE

v.                                                      CIVIL ACTION NO. 3:14CV689HTW-LRA

PRIORITY HEALTHCARE, INC.                                                            DEFENDANT

### ORDER ON FAIRNESS OF PROPOSED SETTLEMENT

BEFORE THIS COURT is the above-named parties' joint motion for a fairness hearing on their proposed settlement of this cause. On Friday, October 2, 2015, this Court called this matter forth for hearing in a telephonic conference. Having considered the record in this cause, the respective factual and legal arguments of the parties, and the relevant statutes and jurisprudence on the points raised, this Court finds that the proposed settlement is a fair and reasonable resolution to a bona fide dispute over provisions of the Fair Labor Standards Act, Title 29 U.S.C. §§ 201, *et seq*. This Court bases its fairness decision on the following considerations: (1) that there was no fraud or collusion behind the proposed settlement; (2) the settlement was reached at the end of discovery after the plaintiffs and defendants had completed considerable discovery; (3) that while the plaintiffs were likely to establish the merits of their legal claims against the defendant, but that the defendant was likely to prevail on their argument that the outstanding damages that might likely be awarded were not as high as these particular plaintiffs sought; and (4) the opinions of the parties and of both plaintiffs' and defendant's counsel that the settlement was fair.

WHEREFORE, PREMISES CONSIDERED, this Court finds the settlement as proposed by the parties to be fair and reasonable to all of the named parties.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the parties are to settle and conclude this matter in accordance with the settlement as proposed by the parties and as approved as fair by this Court.

**SO ORDERED**, on this, the ___6th___ day of October, 2015.

LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE